June 6, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

ALLEN PARKER COMPANY, Appellant

NO. 14-12-00766-CV                       V.

TRUSTMARK NATIONAL BANK, Appellee

_____

This cause, an appeal from the order striking the petition in intervention filed by Allen Parker Company, appellant, and granting the motion to withdraw funds from the registry of the court filed by Trustmark National Bank, appellee, signed August 17, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the order. The order of the court below is **AFFIRMED**.

We order appellant, Allen Parker Company, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.